**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
ANTHONY AHN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AHN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BARCLAYS BANK DELAWARE; AND, EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant(s). | **Case No.:** CV22-02227 MEMF (ADSx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**<br><br>**HON. MAAME EWUSI-MENSAH FRIMPONG** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff ANTHONY AHN ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss EQUIFAX INFORMATION SERVICES, LLC with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding EQUIFAX INFORMATION SERVICES, LLC be vacated.

Date: September 1, 2023 **LOKER LAW, APC**

BY: ___/S/ MATTHEW M. LOKER__
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant EQUIFAX INFORMATION SERVICES, LLC* has been submitted on September 1, 2023 to all defense counsel of record via e-mail and U.S. Mail.

                                                /s/ MATTHEW M. LOKER
                                                MATTHEW M. LOKER, ESQ.

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420