**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
ANTHONY AHN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AHN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARCLAYS BANK DELAWARE; AND, EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant(s). | **Case No.:** CV22-02227 MEMF (ADSx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT BARCLAYS BANK DELAWARE**<br><br>**HON. MAAME EWUSI-MENSAH FRIMPONG** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff ANTHONY AHN ("Plaintiff") and Defendant BARCLAYS BANK DELAWARE has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss BARCLAYS BANK DELAWARE with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding BARCLAYS BANK DELAWARE be vacated.

Date: December 1, 2023 **LOKER LAW, APC**

By: ___/S/ MATTHEW M. LOKER__
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant BARCLAYS BANK DELAWARE* has been submitted on December 1, 2023 to all defense counsel of record via e-mail and U.S. Mail.

                                        /S/ MATTHEW M. LOKER
                                        MATTHEW M. LOKER, ESQ.

**CASE NO.: CV22-02227 MEMF (ADSx)**      *Ahn v. Barclays Bank Delaware, et al.*
**PROOF OF SERVICE**