UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

JS-6

Case No.   8:22-cv-02227-MEMF-ADS                                    Date: June 11, 2024

Title   *Anthony Ahn v. Barclays Bank Delaware et al*


Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Order re Mediation and Settlement**

On December 15, 2023, a mediator filed a Mediation Report which stated that this action had fully settled in a mediation. *See* ECF No. 36. The docket entry regarding this Mediation Report advised the parties that "[w]ith the filing of this Report, the parties are advised that they must notify the trial judge's deputy courtroom clerk of the fact of settlement and to promptly file documents regarding the final disposition of the case." *See id.* Since the filing of the Mediation Report, the parties have not made any filings in this action.

In light of the Mediation report, the Court hereby ORDERS that the action is STAYED and administratively closed until thirty (30) days from the date of this Order. The parties are ORDERED to file, within thirty (30) days of this Order, either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of thirty-one (31) days from the date of this Order.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All pretrial and trial dates are hereby VACATED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   8:22-cv-02227-MEMF-ADS                              Date: June 11, 2024

Title   *Anthony Ahn v. Barclays Bank Delaware et al*

|  | : |
|---|---|
| **Initials of Preparer** | DBE |